STUBBS, APPELLEE, *v.* WEBB ET AL., APPELLANTS.

[Cite as Stubbs *v.* Webb (1986), 28 Ohio St. 3d 300.]

(No. 85-788—Decided December 22, 1986.)

*Jack M. Lenavitt Co., L.P.A.,* and *Jack M. Lenavitt, Mark L. Schumacher* and *Mark T. Rubright,* for appellee.

*Fuller & Henry, Ray A. Farris* and *Sue A. Sikkema,* for appellants.

The judgment in this cause, having been certified by the court of appeals in case No. L-84-343 as being in conflict with *Wainstein* v. *Univ. Hospitals of Cleve.* (Apr. 14, 1985), Cuyahoga App. No. 48788, unreported, is hereby affirmed on authority of *Mominee* v. *Scherbarth* (1986), 28 Ohio St. 3d 270.

CELEBREZZE, C.J., SWEENEY, LOCHER, C. BROWN and DOUGLAS, JJ., concur.

HOLMES and WRIGHT, JJ., dissent.